IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ANN BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA STINO, Lawyer; BIO-PHARM MANUFACTURED, MAJOR PHARMACEUTICALS AND RUGBY LABORATORIES, TORRENT PHARMA, and MEDWATCH VOLUNTARY REPORT,<br><br>Defendants. | 4:21CV3140<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's motion to proceed in forma pauperis filed on July 19, 2021. (Filing 2.) On July 26, 2021, Plaintiff, a nonprisoner, paid the filing fee in this case and summons were issued. At the direction of the court, this case is removed from the pro se docket. The clerk's office shall assign new judges to this case and request a reassignment order from the Chief Judge.

With respect to reassignment of this case, the court is required to inform the Chief Judge pursuant to NEGenR 1.4(a)(4)(B) that it appears the above-captioned case is "related" to *Brown v. Sidhu et al.*, No. 8:20-cv-00342-RFR-SMB (D. Neb.), because in both cases Plaintiff is seeking damages for the same injuries. *See* NEGenR 1.4(a)(4)(C) (Civil cases are "related" under this rule "when they involve some or all of the same issues of fact, arise out of the same transaction . . . ."); (Filing 1 at CM/ECF p. 1 (Plaintiff states case is "[r]elated to Civil Action No[.] 8:20CV342".) Accordingly, and pursuant to NEGenR 1.4(a)(4),

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (filing 2) is denied as moot.

2. The filing fee has been paid in this case. At the direction of the court, this case is removed from the pro se docket. The clerk's office shall assign new judges to this case and request a reassignment order from Chief Judge Rossiter.

3. Chief Judge Rossiter is hereby notified that the above-captioned case appears to be related to *Brown v. Sidhu et al.*, No. 8:20-cv-00342-RFR-SMB (D. Neb.), within the meaning of NEGenR 1.4(a)(4)(C).

4. The Clerk of Court shall transmit a copy of this Memorandum and Order to Chief Judge Rossiter.

Dated this 26th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge